| Probation Form 22<br>(REV. MAR 05) | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)*<br>*5:07-MJ-1019* |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF OFFENDER | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>**Western** |
| --- | --- | --- |
| **Angela M. Jenkins** 139 Jewell St.<br>**Lexington, South Carolina** 29073 | NAME OF SENTENCING JUDGE<br>**William A. Webb** | |

| | DATES OF<br>SUPERVISION<br>→ | FROM<br>05/08/2012 | TO<br>05/07/2013 |
| --- | --- | --- | --- |

OFFENSE: 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5) and 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 2)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of South Carolina upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.\*

| June 22, 2012 | _____ |
| --- | --- |
| Date | U.S. Magistrate Judge |

\* This sentence may be deleted in the discretion of the transferring court.

PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

| July 16, 2012 | _____ |
| --- | --- |
| Effective date | United States Magistrate Judge |